# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVON SOUTHALL

NO. 2025 KW 0798

**OCTOBER 6, 2025**

---

In Re:    Kevon Southall, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 586583.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

       **WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5 (C)(10), by failing to provide any pertinent court minutes. Furthermore, although it is not a violation of the Uniform Rules, we note that relator failed to provide a complete copy of the trial transcript, which would be necessary to assist with the review of his claims. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 9, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                    **PMc**
                    **HG**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT